UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
LANSING DIVISION

---

DESIGN BASICS, LLC,

    Plaintiff,

v

PAGEANT HOMES, INC., LEGG LUMBER COMPANY, CITIZENS BUILDERS SUPPLY COMPANY, ALLEGAN LUMBER CO., INC., LANSING LUMBER COMPANY, MARSHALL LUMBER COMPANY, and MARION LUMBER & SUPPLY COMPANY, INCORPORATED,

    Defendants.

Case No.: 1:17-cv-888

Hon. Paul L. Maloney

Mag. Ray Kent

---

## CONSENT JUDGMENT

At a session of said Court held in the U.S. District Court, Western District of Michigan, Kalamazoo, Michigan on <u>May 31, 2019</u>

PRESENT: Hon. Paul L. Maloney
                United States District Court Judge

IT IS ORDERED:

Judgment in favor of Plaintiff against Defendant Pageant Homes, Inc. in the amount of One Million and 00/100 Dollars ($1,000,000.00).

                                  /s/ Paul L. Maloney
                               Hon. Paul L. Maloney
                               United States District Court Judge

APPROVED AS TO FORM AND CONTENT; NOTICE OF ENTRY WAIVED:

| LaDue Curran & Kuehn LLC | Fraser Trebilcock |
|---|---|
| By: /s/ Sean J. Quinn | By: /s/ Thaddeus E. Morgan |
|     Sean J. Quinn |     Thaddeus E. Morgan (P47394) |
|     100 East Wayne Street, Suite 300 |     124 W. Allegan, Suite 1000 |
|     South Bend, IN 46601 |     Lansing, Michigan 48933 |
|     (574) 968-0760 |     (517) 482-5800 |
|     Attorneys for Plaintiff |     Attorneys for Defendants |